IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 14-CR-30123-NJR |
| | ) | |
| KRISTINA R. CAMERON, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DESIGNATE CASE A MULTIPLE VICTIM CASE
UNDER THE JUSTICE FOR ALL ACT OF 2004**

The United States of America moves this Court for an Order designating this case as a Multiple Victim case pursuant to the Justice for All Act of 2004, 18 U.S.C. § 3771(d)(2), and permitting the government to provide notice of the proceedings through an internet website.

This case arose out of the fraudulent business practices of a Florida-based corporation that operated under the name, "Premier Timeshare Solutions (PTS)." PTS was a timeshare resale telemarketing scheme that victimized over 7,000 consumers spread across each of the 50 States, three United States territories, six Canadian Provinces, and the Bahamas. At least 47 victims of the scam were located within the Southern District of Illinois, representing half of the district's 38 counties. All told, the scheme took in over $14.5 million.

Under 18 U.S.C.§ 3771(a), a crime victim has certain rights, including a right to "reasonable, accurate, and timely notice" of court proceedings and the right to confer with the attorney for the government in the case. In this case, however, because of the large number of victims, it is impractical for the government to give individualized notice to each victim. It is

likewise impractical for government attorneys to be available to consult with each victim, as the Act contemplates in the typical case.

The Act provides, in Section 3771(d)(2), that where the Court finds that "the number of crime victims makes it impracticable to accord all of the crime victims the rights described in subsection (a), the court shall fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings." The Act places no limitations on the alternative procedures which a Court may fashion other than that the procedures be reasonable to effectuate the Act and that they not unduly complicate or prolong the proceedings.

The government has considered various alternative procedures. In some cases, the Department of Justice has taken out an advertisement in a national publication, for instance, such as the Wall Street Journal. However, we are unable to identify a single publication that would be reasonably calculated to give notice to all of the victims in this case.

Since the cost of mailing is prohibitive and a publication in a national periodical is unlikely to be of any practical value, the government proposes to comply with the Act through the establishment of a web page that can be accessed by the public. This procedure has been adopted, with this Court's blessing, in other mass marketing fraud cases, *see, e.g.*, *United States v. Garten*, No. 12-30320-GPM (Doc. #39), and it is the most practical way of complying with the Act under the circumstances, without unduly complicating or prolonging the proceedings.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

*s/Scott A. Verseman*
SCOTT A. VERSEMAN
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3720
Scott.Verseman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | No.  14-CR-30123-NJR |
| ) | |
| KRISTINA R. CAMERON,    ) | |
| ) | |
| Defendant.    ) | |

## Certificate of Service

    I hereby certify that on June 24, 2014, I caused the foregoing motion to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                              *s/Scott A. Verseman*
                                              SCOTT A. VERSEMAN
                                              Assistant United States Attorney
                                              Nine Executive Drive
                                              Fairview Heights, IL  62208
                                              (618) 628-3700
                                              Fax:  (618) 628-3720
                                              Scott.Verseman@usdoj.gov