IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:14–CR-30123-NJR |
| | ) |
| KRISTINA R. CAMERON, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**ROSENSTENGEL, District Judge:**

Now before the Court is a motion by the United States of America (the Government) seeking to designate the case a Multiple Victim case under the Justice for All Act of 2004, 18 U.S.C. §3771. The Government has represented that there are thousands of victims of the purported fraud charged in the indictment and that formal compliance with all of the provisions of the Act would be impractical.

Having reviewed the record, pursuant to 18 U.S.C. §3771(d)(2), the Court **FINDS** that the number of crime victims makes it impracticable to accord all of the crime victims all of the rights described in Section 3771(a). Accordingly, the Court **GRANTS** the Government's motion (Doc. 13) and **ORDERS** that the notice and consultation requirements in subsections (2) and (5) of Section 3771(a) may be met through the establishment of an Internet web page and regular updates to the web page that provide notice of relevant events in the case. The Court further determines that such a procedure

would give effect to the Act but would not unduly complicate or prolong the proceedings.

IT IS SO ORDERED.

DATED:   June 26, 2014.

s/ *Nancy J. Rosenstengel*
NANCY J. ROSENSTENGEL
United States District Judge
